DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEVIN PIERRE-ANTIONE DIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0431

_____

October 22, 2025

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Andrea Flynn Mogensen, Law Office of Andrea Flynn Mogensen, PA, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.